In the Matter of the Claim of CHARLES ECKLER and Others.

FRIEDA S. MILLER, as Industrial Commissioner, Appellant; GANNETT COMPANY, INC., Respondent.

In the Matter of the Claim of CHARLES ECKLER and Another.

FRIEDA S. MILLER, as Industrial Commissioner, Appellant; GANNETT COMPANY, INC., Respondent.

Argued June 12, 1941; decided July 29, 1941.

*John J. Bennett, Jr., Attorney-General (Francis R. Curran, Henry Epstein* and *W. Gerard Ryan* of counsel), for appellant.

*Casper V. Baltensperger* and *Arthur L. Stern* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.